IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF/RESPONDENT

v.                              No. 2:12-CR-20007-002

WILLIAM HAYES                                                   DEFENDANT/PETITIONER

## ORDER

The Court has received a report and recommendations (Doc. 138) from United States Magistrate Judge Mark E. Ford.  Petitioner William Hayes has filed objections and a motion to appoint counsel (Doc. 139).  The Magistrate recommends that the Court deny the motion to vacate (Doc. 131).  The Magistrate further recommends that no certificate of appealability should issue.  Upon due consideration, the Court finds that Plaintiff's objections offer neither law nor fact requiring departure from the Magistrate's findings and recommendations, that the Magistrate's report does not otherwise contain any clear error, and that the Magistrate's report (Doc. 138) should be, and hereby is, ADOPTED IN ITS ENTIRETY.

The motion to appoint counsel is contingent upon Petitioner being entitled to relief.  Because the Court determines that he is not entitled to relief, and because there is no right to appointed counsel in a civil case, the Court will deny the motion to appoint counsel.

IT IS THEREFORE ORDERED that Petitioner's motion to vacate (Doc. 131) is DENIED and his petition is DISMISSED WITH PREJUDICE.  No certificate of appealability shall issue.

Judgment will be entered accordingly.

IT IS FURTHER ORDERED that Petitioner's motion to appoint counsel (Doc. 139) is DENIED.

IT IS SO ORDERED this 7th day of December, 2016.

/s/P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE