IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                        PLAINTIFF/RESPONDENT

v.                              No. 2:12-CR-20007-002

WILLIAM HAYES                                   DEFENDANT/PETITIONER

## JUDGMENT

Pursuant to the order entered in this case on this date, IT IS CONSIDERED, ORDERED,

and ADJUDGED that the habeas petition in this case is DISMISSED WITH PREJUDICE.

No certificate of appealability shall issue.

IT IS SO ADJUDGED this 7th day of December, 2016.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE